# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Renee B Entress**  
Debtor

Case No. **15-12828**  
Chapter **13**

ADDENDUM TO CONFIRMED CHAPTER 13 PLAN

Paragraph 5 of the Confirmed Chapter 13 Plan is revised as follows:

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
| --- | --- | --- |
| Quicken Loans | 16,140.98 | 4.05 |
| Chase auto | 215.98 | 0.0 |

Date **5/22/17**     Signature     **/s/ Renee B Entress**  
**Renee B Entress**  
Debtor

Attorney   **/s/ Richard N Lipow**  
**Richard N Lipow**

CERTIFICATE OF SERVICE

The undersigned certifies to the Court that a true and correct copy of the foregoing was electronically served on the creditor's counsel, the Chapter 13 and US Trustees and all interested parties at the time it was filed.

/s/ Richard N Lipow  
Richard N Lipow  
Attorney for the Debtor  
629 Swedesford Road  
Malvern PA 19355  
610-251-2500  
FAX 610-889-9564