# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Renee B Entress**                                                                                          Case No.  **15-12828**
                                                                        Debtor                                       Chapter  **13**

PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw objection filed at document 70.

1/2/18

Attorney  **/s/ Richard N Lipow**
          **Richard N Lipow**

CERTIFICATE OF SERVICE

The undersigned certifies to the Court that a true and correct copy of the foregoing was electronically served on the creditor's counsel, the Chapter 13 and US Trustees and all interested parties at the time it was filed.

/s/ Richard N Lipow
Richard N Lipow
Attorney for the Debtor
629 Swedesford Road
Malvern PA 19355
610-251-2500
FAX 610-889-9564