## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Renee B. Entress<br>　　　　　Debtor | Chapter 13 |
| Quicken Loans Inc.<br>　　　　　Movant<br>　　v.<br>Renee B. Entress<br>　　　　　Debtor<br>Frederick L. Reigle<br>　　　　　Trustee | NO. 15-12828 JKF |

### ORDER

AND NOW, this 4th day of January, 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on August 10, 2015 it is ORDERED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 51 South 11th Avenue, Coatesville, PA 19320 (the "property"), to allow Quicken Loans Inc., or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the property and to pursue its in rem State Court remedies against the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Jean K. FitzSimon_

　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

cc: See attached service list

Renee B. Entress
51 South 11th Avenue
Coatesville, PA 19320

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Richard N. Lipow, Esq.
629 Swedesford Road
Malvern, PA 19355

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532