# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **RENE ENTRESS**                                                            Case No.  **15-12828**
                    Debtor                                                          Chapter  **13**

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**RENE B ENTRESS has filed with the to reinstate the automatic stay**

<u>Your rights may be affected</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 2/15/2018 you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at

   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107
   Telephone: 215-408-2800
   Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   RICHARD N LIPOW
   629 SWEDESFORD ROAD
   SWEDESFORD CORPORATE CENTER
   MALVERN PA 19355
   RICHARD@LIPOWLAW.COM
   FAX 610-889-9564
   TEL 610-251-2500

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on 3/1/18, at 9:30 am  Robert N.C. Nix, Sr. Federal Courthouse 900 Market Street, Philadelphia, PA 19107 in the UNITED STATES BANKRUPTCY COURT in Courtroom 3. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 2/1/18               /s/ *Richard N. Lipow*
                           RICHARD N LIPOW
                           ATTORNEY AT LAW