# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re **Renee B Entress**
        Debtor

Case No. **15-12828**
Chapter **13**

### ORDER GRANTING MOTION TO REINSTATE STAY

AND NOW THIS ___2nd___ DAY OF MARCH 2018, The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

3. The debtor is granted leave to pay all post petition arrearages over a period of 6 months.

BY THE COURT

_____
Judge Jean K. FitzSimon