United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-12828-jkf
Renee B Entress                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Mar 02, 2018
                        Form ID: pdf900    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
```
db             +Renee B Entress,    51 S. 11th Avenue,    Coatesville, PA 19320-3549
13515750        BRANDYWINE GASTRO ASSOC,    213 REECEVILLE RD STE 17,    Coatesville, PA 19320-1573
13515752        CFL ASSOC,    PO BOX 536043,    Pittsburgh, PA 15253-5902
13515755       +CHESTER CTY HEMATOLOGY ONCOLOGY,    PO BOX 2701,    West Chester, PA 19380-0944
13515756       +COATSVILLE CLINIC CO LLC,    201 REECEVILLE RD,    Coatesville, PA 19320-1542
13515757        COMCAST,    PO BOX 3002,    Southeastern, PA 19398-3002
13515758        CONVERGENT OUTSOURCING INC,    107 HAMMERLY BLVD 200,    Houston, TX 77043
13515754       +Chase auto,    Po Box 24696,    Columbus, OH 43224-0696
13515759        FINANCIAL RECOVERIES,    PO BOX 1022,    Wixom, MI 48393-1022
13515760        LABCORP,    PO BOX 2240,    Burlington, NC 27216-2240
13515762       +MICHAEL MCKEEVER ESQ,    701 MARKET ST,    Philadelphia, PA 19106-1538
13515761       +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13515763        PAOLI HOSPITAL,    PATIENT PAYMENTS,    PO BOX 8500-4876,    Philadelphia, PA 19178-4873
13515764        PASI,    PO BOX 68,    Brentwood, TN 37024-0068
13515765       +PECO,    PO BOX 13439,    Philadelphia, PA 19101-3439
13515766        PENNSYLVANIA AMERICAN WATER,    PO BOX 371412,    Pittsburgh, PA 15250-7412
13645756       +RICHARD N LIPOW ESQUIRE,    629A SWEDESFORD ROAD,    SWEDESWFORD CORP CENTER,
                 MALVERN PA 19355-1575
13646248       +RICHARD N LIPOW, ESQUIRE,    629A SWEDESFORD ROAD,    MALVERN PA 19355-1575
13515768        ROCKY MOUNTAIN HOLDINGS, LLC,    PO BOX 713375,    Cincinnati, OH 45271-3375
13515769       +Wakefield & Assoc,    10800 E Bethany Dr Ste 4,    Aurora, CO 80014-2697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 03 2018 01:27:47    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2018 01:27:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2018 01:27:34    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13515748        E-mail/Text: bkrpt@retrievalmasters.com Mar 03 2018 01:27:16    AMCA,    PO BOX 1235,
                 Elmsford, NY 10523-0935
13515751       +E-mail/Text: legal@castlecredit.com Mar 03 2018 01:27:56    Castle Credit Corp,
                 8430 W Bryn Mawr Ave Ste,    Chicago, IL 60631-3475
13544072       +E-mail/Text: legal@castlecredit.com Mar 03 2018 01:27:56    Castle Credit Corporation,
                 8430 West Bryn Mawr Avenue, Suite 750,    Chicago, Illinois 60631-3475
13515753       +E-mail/Text: bk.notifications@jpmchase.com Mar 03 2018 01:26:55    Chase auto,
                 Attn: National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
13572620        E-mail/Text: bk.notifications@jpmchase.com Mar 03 2018 01:26:55    JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13540638       +E-mail/Text: csc.bankruptcy@amwater.com Mar 03 2018 01:28:01    PA American Water,
                 PO BOX 578,    Alton, IL 62002-0578
13546182       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 03 2018 01:26:54    PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13529690       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 03 2018 01:27:32    Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
13515767       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 03 2018 01:27:32    Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
13545494       +E-mail/Text: bankruptcyreports@wakeassoc.com Mar 03 2018 01:27:58    Rocky Mountain Holdings,
                 c/o Wakefield & Associates Inc.,    830  E. Platte Ave.,    PO Box 58,
                 Fort Morgan CO 80701-0058
                                                                                              TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13515749     ##+Ars /Account Resolution Services,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2            User: Virginia               Page 2 of 2                   Date Rcvd: Mar 02, 2018
                                Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JP Morgan Chase, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RICHARD N. LIPOW    on behalf of Debtor Renee B Entress richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor   JP Morgan Chase, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | | | |
|---|---|---|---|
| In re | **Renee B Entress** | Case No. | **15-12828** |
| | Debtor | Chapter | **13** |

## ORDER GRANTING MOTION TO REINSTATE STAY

AND NOW THIS **2nd** DAY OF MARCH 2018, The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

3. The debtor is granted leave to pay all post petition arrearages over a period of 6 months.

BY THE COURT

*[signature]*
_____
Judge Jean K. FitzSimon