# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Renee B Entress**  Case No. **15-12828**
Debtor  Chapter **13**

CERTIFICATE OF SERVICE

The undersigned certifies to the Court that a true and correct copy of the ORDER dated March 2, 2017was electronically served on the creditor's for Quicken Loans, the Chapter 13 and US Trustees by first class mail.

/s/ Richard N Lipow
Richard N Lipow
Attorney for the Debtor
629 Swedesford Road
Malvern PA 19355
610-251-2500
FAX 610-889-9564