### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Renee B. Entress | | CHAPTER 13 |
| | Debtor(s) | |
| Quicken Loans Inc. | Movant | |
| vs. | | NO. 15-12828 JKF |
| Renee B. Entress | Debtor(s) | |
| Scott Waterman Esq. | Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 29th day of May, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 51 South 11th Avenue, Coatesville, PA 19320 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimom

Renee B. Entress
51 South 11Th Avenue
Coatesville, PA 19320

Richard N. Lipow Esq.
629 Swedesford Road (Via ECF)
Malvern, PA 19355

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532