United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-12828-jkf
Renee B Entress                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer        Page 1 of 1         Date Rcvd: May 29, 2019
                         Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.
db             +Renee B Entress,    51 S. 11th Avenue,    Coatesville, PA 19320-3549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13529690       +E-mail/Text: bankruptcyteam@quickenloans.com May 30 2019 02:50:44      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
13515767       +E-mail/Text: bankruptcyteam@quickenloans.com May 30 2019 02:50:44      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 2

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase, N.A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      RICHARD N. LIPOW    on behalf of Debtor Renee B Entress richard@lipowlaw.com,
       ecflipow@gmail.com;r44824@notify.bestcase.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Renee B. Entress | | |
| | Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc. | Movant | |
| vs. | | NO. 15-12828 JKF |
| Renee B. Entress | Debtor(s) | |
| Scott Waterman Esq. | Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 29th day of May, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 51 South 11th Avenue, Coatesville, PA 19320 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimom

Renee B. Entress
51 South 11Th Avenue
Coatesville, PA 19320

Richard N. Lipow Esq.
629 Swedesford Road (Via ECF)
Malvern, PA 19355

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532