UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

RENEE B ENTRESS
                                                    : Bankruptcy No. 15-12828JKF
   Debtor(s)                                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*/s/ Jean K. FitzSimon/*

Jean K. FitzSimon, B. J.

**Date: September 18, 2019**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

RICHARD N LIPOW ESQ
629 SWEDESFORD ROAD
MALVERN PA 19355-

RENEE B ENTRESS
51 S. 11TH AVENUE
COATESVILLE,PA.19320